MARY F. CUSHMAN, as Executrix of THOMAS H. CUSHMAN, Deceased, Appellant, *v.* HARRY C. CUSHMAN, Individually and as Executor of PAUL CUSHMAN, Deceased, and as Administrator de Bonis Non of ROBERT S. CUSHMAN, Deceased, et al., Respondents.

*Cushman* v. *Cushman,* 116 App. Div. 763, affirmed.
(Argued January 15, 1908; decided January 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 7, 1907, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover a share of the residuary estate of Robert S. Cushman, deceased.

*Frederick Seymour* for appellant.

*Henry W. Simpson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.

---

THE ULSTER COUNTY SAVINGS INSTITUTION, Appellant, *v.* PHILIP DEYO, as Administrator of the Estate of SOLOMON DEYO, Deceased, Respondent, Impleaded with Others.

*Ulster County Sav. Instn.* v. *Deyo,* 116 App. Div. 1, affirmed.
(Argued January 15, 1908; decided January 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 3, 1906, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mortgage.

*Howard Chipp* and *Frederick E. W. Darrow* for appellant.

*John J. Linson* and *J. N. Vanderlyn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: HAIGHT and CHASE, JJ. Absent: WERNER, J.